## Stockdale *v.* Maginn (No. 4).

Argued Oct. 27, 1903. Appeal, No. 102, Oct. T., 1903, by W. R. Hamilton, from degree of C. P. No. 2, Allegheny Co., Jan. T., 1880, No. 150, on bill in equity in case of J. T. Stockdale, Trustee, v. Michael Maginn et al. Before DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

*J. M. Stoner*, for appellant.

*B. C. Christy* and *Craig Smith*, for appellees.

PER CURIAM, November 9, 1903 :

This appeal, although by a different appellant, raises the same questions as those embraced by the assignments of error in Stockdale v. Maginn, ante, p. 229. For the same reasons the assignments of error are overruled and the decree of the court below is affirmed.